ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HABBESHAW and SUSAN HABBESHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (BP), et al.,<br><br>Defendants. | No. C09-0992 ~~JCS~~ MHP<br><br>STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |

Come now Plaintiffs ROBERT HABBESHAW and SUSAN HABBESHAW ("Plaintiffs") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 11, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

///

K:\Injured\109319\Fed-STIP-DISMISS CC&S.wpd                    1
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-0992 JCS

1    WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a
2  resolution of Plaintiffs' claims again CC&S;
3    WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
4  and given the resolution of Plaintiffs' claims against it; and
5    WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to
6  have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
7  Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
8  are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
9  that this action shall be, and hereby is, immediately remanded to the San Francisco County
10 Superior Court, the court in which it was originally filed and from which it was removed.
11 Dated: March _16_, 2009        BRAYTON ❖ PURCELL LLP

13                                By: _____
                                   Richard M. Grant
14                                 Attorneys for Plaintiffs HABBESHAW, et al.

16 Dated: March _16_, 2009        ARMSTRONG & ASSOCIATES, LLP

18                                By: _____
19                                 Attorneys for Defendant CROWN CORK &
                                   SEAL

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
22 Superior Court of California, County of San Francisco, Case No 274625. The Clerk shall send
23 a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
24 County of San Francisco.

26 Dated: __March 19__, 2009  By: _____
27                                 UNITED
28

K:\Injured\109319\Fed-STIP-DISMISS CC&S.wpd        2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEA...
FRANCISCO SUPERIOR COURT; C09-0992 JCS

IT IS SO ORDERED
Judge Marilyn H. Patel

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 17, 2009 I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

CROWN CORK & SEAL
Jennifer D. Fitzpatrick, Esq.
ARMSTRONG & ASSOCIATES LLP
One Kaiser Plaza, Ste. 625
Oakland, CA 94612

__XXX__  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 17, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Robert Habbeshaw, et al. v. Crown Cork & Seal
U.S.D.C. No. C09-0992 MHP

G:\POS\MULTIP.WPD                    1